Case 4:20-cv-03802 Document 22 Filed on 04/29/21 in TXSD Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
April 29, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| REED, ATTORNEYS AND COUNSELORS AT LAW, PLLC, AND PATRIOT TITLE,<br>    Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION,<br>    Defendant. | §<br>§<br>§<br>§<br>§ CIVIL ACTION 4:20-CV-3802<br>§<br>§<br>§<br>§ |

## AGREED ORDER GRANTING MOTION FOR CONTINUANCE OF DEADLINES

On this date the Court considered Plaintiffs' and Defendant's Joint Advisory Regarding Settlement and Motion for Continuance of Deadlines (the "Motion"). The Court, having considered the Motion, pleadings, the status of this case, and the agreement of the Parties, finds that the Motion should be granted.

It is therefore ORDERED that the Motion and all relief requested therein is GRANTED.

It is further ORDERED that the Scheduling Order deadlines in this action are hereby continued and suspended for a period of 45 days. The Parties shall submit appropriate dismissal pleadings with the Court within such time or advise the court by supplemental Advisory if that will not be possible.

SIGNED and ENTERED this **29** day of **Apr** 2021, at Houston, Texas.

_____
HONORABLE DAVID HITTNER
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM
AND SUBSTANCE:

        **DE LANGE, HUDSPETH,
MCCONNELL & TIBBETS, L.L.P.**

        By:/s/ *Paul J. McConnell*
        Paul J. McConnell, III
        State Bar No. 13447500
        Federal I.D. No. 1749
        pmcconnell@dhmtlaw.com
        Ben A. Baring, Jr.
        State Bar No. 01739050
        FED. I. D. No. 1541
        bbaring@dhmtlaw.com
        R. Travis Piper
        State Bar No. 24070421
        Federal I.D. No. 1106341
        tpiper@dhmtlaw.com
        1177 West Loop South, Suite 1700
        Houston, Texas 77027
        (713) 871-2000
        (713) 871-2020 (Fax)
        ATTORNEYS FOR PLAINTIFFS

**DYKEMA GOSSETT PLLC**

By: */s/ Brett W. Schouest*
Brett W. Schouest
State Bar No. 17807700
Southern District I.D. 15356
bschouest@dykema.com
Neyma Figueroa
State Bar No. 24097684
Southern District I.D. 3256013
nfigueroa@dykema.com
112 E. Pecan, Suite 1800
San Antonio, TX 78205
(210) 554-5500
(210) 226-8395 (Fax)
ATTORNEYS FOR DEFENDANT